AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

Nicholas M. Martin, on behalf of himself and a class,
        Plaintiff,

V.

Piknick Kafe, Inc., d/b/a Horizon Cafe and Does 1-10,
        Defendants.

CASE NUMBER: 10cv5142

ASSIGNED JUDGE: Judge Lindberg

DESIGNATED MAGISTRATE JUDGE: Judge Gilbert

TO: (Name and address of Defendant)

Piknick Kafe, Inc. d/b/a Horizon Cafe
c/o Registered Agent Nicholas J. Cocalis
4412 N. River Rd.
Schiller Park, IL 60176

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Edelman, Combs, Latturner & Goodwin LLC,
120 S. Lasalle 18th Floor
Chicago, IL 60603

an answer to the complaint which is herewith served upon you, within ____21____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**Michael W. Dobbins, Clerk**

_/s/ Vathic Franklin_

(By) DEPUTY CLERK

August 16, 2010
Date

AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | 08-25-2010 @ 3:00PM |
| NAME OF SERVER *(PRINT)* Billy Molden | TITLE Process Server |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: 4412 N. River Road Schiller Park, IL. 60176

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on AUG 27 2010
           Date                    Signature of Server

PMB 154
3351 W Montrose Ave
Chicago IL 60634

*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

# AFFIDAVIT OF PROCESS SERVER

United States Northern District Court            State of Illinois

Nicholas M. Martin, on behalf of himself and a class,      Attorney:

     Plaintiff

vs.                                                  Edelman, Combs, Latturner & Goodwin, LLC
                                                                          120 South LaSalle Street, 18th Floor
                                                                          Chicago, IL. 60603

Piknick Kafe, Inc., d/b/a Horizon Cafe and Does 1-10,

     Defendant

Case Number: 10cv5142

Legal documents received by Lakeside Investigations, Inc. on August 18th, 2010 at 10:00 AM to be served upon **Piknick Kafe, Inc., d/b/a Horizon Cafe, c/o Nicholas J. Cocalis at 4412 North River Road, Schiller Park, IL. 60176**

I, Billy Molden, swear and affirm that on **August 25th, 2010 at 3:00 PM**, I did the following:

Served the **corporation** listed as the intended recipient of the legal documents by delivering a conformed copy of the **Summons In A Civil Case, Complaint** to Nicholas J. Cocalis as Registered Agent of the within named corporation. The service date, time, my initials and/or name, and identification number, if required by state statute, were listed on the document served.

**Description of Person Accepting Service:**
Sex: Male   Age: 40   Height: 5' 8"   Weight: 190   Skin Color: White   Hair Color: Brown   Glasses: N

**Supplemental Data Appropriate to this Service:**

I certify that I am eighteen years of age or older and have no interest in the above legal matter, I am legally authorized to serve court documents within the above named county.

_____
Billy Molden
Process Server

Lakeside Investigations, Inc.
6351 W. Montrose Avenue, # 154
Chicago, IL 60634

(800) 636-1511

Internal Job ID: 2010001065

Reference Number: 24715

The foregoing instrument was acknowledged before me on this ____ day of __AUG 2 7 2010__, 2010, by __Billy Molden__, who is personally known to me or who has produced _____ as identification.

"OFFICIAL SEAL"
Shauna T. Dolan Name
Notary Public, State of Illinois
My Commission Expires 3/25/2014

Notary Signature

Commission Expiration Date

Copyright © 2005-2007 Process Server Central, LLC. All rights reserved.