AO 88B  (Rev. 06/09) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT
## for the
### Northern District of Georgia

| | | |
|---|---|---|
| Nicholas M. Martin | ) | |
| *Plaintiff* | ) | Civil Action No.   10-5142 |
| v. | ) | |
| Piknick Kafe, Inc., d/b/a Horizon Cafe and Does 1-10 | ) | (If the action is pending in another district, state where: |
| *Defendant* | ) | Northern District of Illinois          ) |

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
## OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To:  First Data Corporation
     5565 Glenridge Connector NE, Suite 2000, Atlanta, GA 30342

☑ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and permit their inspection, copying, testing, or sampling of the material:

Copies of all contracts entered into with Piknick Kafe, Inc., d/b/a Horizon Cafe

| Place: Edelman, Combs, Latturner & Goodwin, LLC 120 S. LaSalle, 18th Floor, Chicago, Chicago, IL 60603   312/739-4200 | Date and Time: 11/30/2011 10:00 am |
|---|---|

❏ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|

The provisions of Fed. R. Civ. P. 45(c), relating to your protection as a person subject to a subpoena, and Rule 45 (d) and (e), relating to your duty to respond to this subpoena and the potential consequences of not doing so, are attached.

Date:    11/08/2010

| *CLERK OF COURT* | OR | |
|---|---|---|
| | | s/ Catherine A. Ceko |
| *Signature of Clerk or Deputy Clerk* | | *Attorney's signature* |

The name, address, e-mail, and telephone number of the attorney representing *(name of party)*    Nicholas M. Martin
                                                                    , who issues or requests this subpoena, are:

Catherine A. Ceko, Edelman, Combs, Latturner & Goodwin, LLC
120 S. LaSalle, 18th Floor
Chicago, IL 60603      312/739-4200      cceko@edcombs.com

AO 88B (Rev. 06/09) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action (Page 2)

Civil Action No.   10-5142

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

This subpoena for *(name of individual and title, if any)*   First   Data

was received by me on *(date)*  11·12·10 .

☑ I served the subpoena by delivering a copy to the named person as follows:

Alisha   Smith

on *(date)* 11·12·10 ; or

☐ I returned the subpoena unexecuted because:

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$

My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00 .

I declare under penalty of perjury that this information is true.

Date:  11·12·10

_____
Server's signature

Jeanine   Moore
*Printed name and title*

925  Peachtree  St.  Atl  ga· 30309
*Server's address*

Additional information regarding attempted service, etc: