AO 88B  (Rev. 06/09) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT
## for the
### Northern District of Illinois

| | | |
|---|---|---|
| Nicholas M. Martin | ) | |
| *Plaintiff* | ) | Civil Action No.   10-5142 |
| v. | ) | |
| Piknick Kafe, Inc., d/b/a Horizon Cafe and Does 1-10 | ) | (If the action is pending in another district, state where: |
| *Defendant* | ) | ) |

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
## OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To:   National Processing Company
      7851 W. 185th St., Tinley Park, IL 60477

☑ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and permit their inspection, copying, testing, or sampling of the material:

    Copies of all contracts entered into with Piknick Kafe, Inc., d/b/a Horizon Cafe

| Place: Edelman, Combs, Latturner & Goodwin, LLC | Date and Time: |
|---|---|
| 120 S. LaSalle, 18th Floor, Chicago, IL 60603    312/739-4200 | 11/30/2011 10:00 am |

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|
| | |

    The provisions of Fed. R. Civ. P. 45(c), relating to your protection as a person subject to a subpoena, and Rule 45 (d) and (e), relating to your duty to respond to this subpoena and the potential consequences of not doing so, are attached.

Date:    11/08/2010

                *CLERK OF COURT*
                                        OR

_____          s/ Catherine A. Ceko
*Signature of Clerk or Deputy Clerk*          *Attorney's signature*

The name, address, e-mail, and telephone number of the attorney representing *(name of party)*    Nicholas M. Martin
_____ , who issues or requests this subpoena, are:

Catherine A. Ceko, Edelman, Combs, Latturner & Goodwin, LLC
120 S. LaSalle, 18th Floor
Chicago, IL 60603        312/739-4200        cceko@edcombs.com

AO 88B  (Rev.  01/09) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises (Page 2)

Civil Action No.   10 cv 5142

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

This subpoena for *(name of individual and title, if any)*   National Processing Company

was received by me on *(date)*   11/12/2010   .

☐ I personally served the subpoena on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☐ I left the subpoena at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the subpoena to *(name of individual)*   Becky Lee, Relations Manager   , who is

designated by law to accept service of process on behalf of *(name of organization)*   National Processing

Company   on *(date)*   11/15/2010   ; or

☐ I returned the subpoena unexecuted because _____ ; or

☐ other *(specify):*


Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also
tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .


I declare under penalty of perjury that this information is true.

Date:   11/15/2010   _____

*Server's signature*


Dawn M. Sonne, Process Server
*Printed name and title*
Edward D. Sonne, Jr. & Associates, Inc.
7908 W. 172nd St., Tinley Park, IL  60477
708-342-2430

*Server's address*


Additional information regarding attempted service, etc: